# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 29, 2023

## NO. 03-23-00462-CV

**Gregory Royal, Appellant**

**v.**

**MB Landscape Solutions, individually and jointly; Baldemar Arias, individually and jointly; Unnamed MB Landscape Solutions' Employee-Tortfeasor (TBD), individually and jointly; Unnamed MB Landscape Solutions' Liability Insurer (TBD), individually and jointly; Bridge at Terracina, LLC, d/b/a Bridge at Terracina, individually and jointly; Unnamed Bridge at Terracina, LLC, d/b/a Bridge at Terracina Liability Insurer (TBD), individually and jointly; Apartment Management Professionals, individually and jointly; and Unnamed Apartment Management Professionals' Liability Insurer (TBD), individually and jointly, Appellees**

**APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on May 3, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.